

**UNITED STATES of America**
v.
Charles SCOTT.
Crim. No. 218–57.

United States District Court
District of Columbia.
Feb. 15, 1957.